### 44297. CAGLE v. ATLANTA GAS LIGHT COMPANY.

DEEN, Judge. Where it appears that the notice of appeal, which designates as the only judgment appealed from one dated July 29, 1968, was not filed until January 2, 1969, the appeal is not timely and must be

> *Dismissed. Bell, P. J., and Eberhardt, J., concur.*

ARGUED MARCH 4, 1969—DECIDED MARCH 19, 1969.

Eli J. Cagle, *pro se.*

*Whelchel, Dunlap & Gignilliat, James A. Dunlap, William A. Bagwell,* for appellee.